```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/26/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
DONALD S. BLOOM, DAVID C. GREENFIELD, :
DAMIAN L. SMIKLE and JUSTIN A. STERNHELL, on :
Behalf of the Profit Sharing Plan for Employees of :
AllianceBernstein L.P., Themselves, and All Others : 22-cv-10576 (LJL)
Similarly Situated, :
: ORDER
Plaintiffs, :
:
-v- :
:
ALLIANCEBERNSTEIN L.P., COMPENSATION AND :
WORKPLACE PRACTICES COMMITTEE OF :
ALLIANCEBERNSTEIN CORPORATION, RAMON :
DE OLIVEIRA, PAUL L. AUDET, DANIEL G. KAYE, :
KRISTI MATUS, MARK PEARSON, BERTRAM L. :
SCOTT, TARA THOMPSON POPERNIK, DANIEL :
LOEWY, ADMINISTRATIVE COMMITTEE, :
INVESTMENT COMMITTEE, and JANE and JOHN :
DOES 1-20, :
:
Defendants. :
:
-----------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

On March 25, 2024, the Court issued an Opinion and Order dismissing the Amended Complaint without prejudice, in which it stated that if a motion to amend was not filed within thirty days of the date of the Opinion and Order, the action would be dismissed with prejudice. *See* Dkt. No. 33 at 36.  It has now been thirty days since the date of the Opinion and Order, and no motion to amend has been made.  Accordingly, this action is dismissed with prejudice.

The Clerk of Court is respectfully directed to enter judgment and to close this case.

SO ORDERED.

Dated: April 26, 2024
      New York, New York

                                                LEWIS J. LIMAN
                                      United States District Judge