UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
DONALD S. BLOOM, DAVID C. GREENFIELD,
DAMIAN L. SMIKLE and JUSTIN A. STERNHELL,
on Behalf of the Profit Sharing Plan for Employees of
AllianceBernstein L.P., Themselves, and All Others
Similarly Situated,

                            Plaintiffs,
    -against-                                     22 **CIVIL** 10576 (LJL)

## JUDGMENT

ALLIANCEBERNSTEIN L.P., COMPENSATION AND
WORKPLACE PRACTICES COMMITTEE OF
ALLIANCEBERNSTEIN CORPORATION, RAMON DE
OLIVEIRA, PAUL L. AUDET, DANIEL G. KAYE,
KRISTI MATUS, MARK PEARSON, BERTRAM L.
SCOTT, TARA THOMPSON POPERNIK, DANIEL
LOEWY, ADMINISTRATIVE COMMITTEE,
INVESTMENT COMMITTEE, and JANE and JOHN
DOES 1-20,

                            Defendants.
------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 26, 2024, the Court issued an Opinion and Order on March 25, 2024 dismissing the Amended Complaint without prejudice, in which it stated that if a motion to amend was not filed within thirty days of the date of the Opinion and Order, the action would be dismissed with prejudice. See Dkt. No. 33 at 36. It has now been thirty days since the date of the Opinion and Order, and no motion to amend has been made. Accordingly, this action is dismissed with prejudice.

**Dated:**  New York, New York

      April 29, 2024

                                                                    **RUBY J. KRAJICK**

                                                                     **Clerk of Court**

                                  **BY:**       K. Mango

                                                                     **Deputy Clerk**